UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR, | No. 2:21-cv-02049 JAM AC PS |
| Plaintiff, | |
| v. | <u>ORDER TO FILE STATUS REPORT</u> |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

      Plaintiff filed a complaint on November 5, 2021. ECF No. 1. That same day, a scheduling order was issued ordering the plaintiff, who is appearing pro se, and defendants to appear at a scheduling conference on May 4, 2022 and to file a joint status report, or separate status reports if necessary, at least 14 days before the scheduling conference. ECF No. 3. Plaintiff subsequently filed a motion for summary judgment set to be heard on May 25, 2022. ECF No 7. The court issued a minute order re-setting the scheduling conference to be heard concurrently with the motion for summary judgment, on May 25, 2022, via Zoom. ECF No. 11. The parties' joint status report or separate reports were therefore due on May 11, 2022.

      Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

      Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report or separate status reports with the information

1

described in the new civil case documents (ECF No. 3) no later than May 18, 2022.

2. Failure to file the status reports may lead to sanctions, up to and including the potential for dismissal of this case for failure to prosecute.

DATED: May 13, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2