UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR., | No. 2:21-cv-02049-DAD-AC (PS) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CITY OF SACRAMENTO; SGT. HAMM, #3018; OFFICER DELGADO, #358; OFFICER MELLOCH, #602, | (Doc. Nos. 32, 39) |
| Defendants. | |

Plaintiff Eric Anthony Alston, Jr. is proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.[1] The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On October 21, 2023, the assigned magistrate judge issued findings and recommendations

---

[1] As indicated in the pending findings and recommendations, this action arises from the police response to a home in the Meadowview area of Sacramento on October 6, 2021, after many reports were received of multiple gunshots being fired outside the home. When police arrived at the scene they observed a large gathering at the home, numerous shell casings in the street, multiple individuals running out of and into the home, intoxicated individuals and one person who discarded a firearm in front of the home and then went back inside. Plaintiff exited the home after police arrived, declined to identify himself to officers, refused to follow the officers' instructions to move away from the home, was then detained for approximately 90 minutes (approximately 20 minutes of which was spent in handcuffs) and was then released.

recommending that defendants' motion for summary judgment (Doc. No. 32) be granted in its entirety.  (Doc. No. 39.)  Specifically, based upon the evidence submitted by the parties on summary judgment, the magistrate judge concluded that the individual defendants were entitled to judgment in their favor on qualified immunity grounds as to plaintiff's Fourth Amendment unreasonable detention and excessive force claims as well as his First Amendment freedom of speech claims.  (*Id.* at 10–24.)  The magistrate judge also concluded that the individual defendants were entitled to summary judgment as to plaintiff's Fifth Amendment and Equal Protection claims due to plaintiff's complete failure of proof in support of those claims.  (*Id.* at 24–25.)  Next, the magistrate found that the defendant City of Sacramento was entitled to summary judgment on plaintiff's Fourth Amendment unreasonable detention claim because of plaintiff's failure to come forward with any evidence on summary judgment supporting the essential elements of municipal liability and due to his complete failure of proof as to his other claims brought against the defendant City.  (*Id.* at 15–17, 21, 24.)  Finally, the magistrate judge concluded that because it was being recommended that defendants' motion for summary judgment be granted as to all of plaintiffs' federal claims, that this court should decline to exercise supplemental jurisdiction over the remaining state law claims.  (*Id.* at 25–26.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 26.)  On October 16, 2023, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 39.)  In those somewhat lengthy objections, plaintiff appears to argue for the first time that he was entrapped by the responding officers.  (*Id*. at 1–2.)  He also argues that in the pending findings and recommendations the magistrate judge abused the court's discretion, improperly weighed the evidence on summary judgment, and erred as a matter of law.  (*Id*. at 2–12.)  None of these objections are persuasive.  In short, plaintiff's objections provide no basis upon which to question the thorough analysis of the evidence on summary judgment and the applicable law as set forth in the pending findings and recommendations.  The undersigned concludes that plaintiff's objections do not meaningfully challenge the findings and recommendations or provide any basis upon which they should be rejected.

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 11, 2023 (Doc. No. 39) are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 32) is GRANTED;
3. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 22, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3