UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ALSTON, JR., | No. 2:21-cv-02049-DAD-AC (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMNEDATIONS AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | (Doc. Nos. 43, 45) |

Plaintiff Eric Anthony Alston, Jr., proceeding *pro se*, initiated this civil action on November 5, 2021. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 18, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for reconsideration of the court's order granting defendants' motion for summary judgment (Doc. No. 43) be denied. (Doc. No. 45.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 18, 2024 (Doc. No. 45) are adopted in full;
2. Plaintiff's motion for reconsideration (Doc. No. 43) is denied;
3. This case shall remain closed; and
4. No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated: **June 26, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2